ACKNOWLEDGED. Cases listed in caption are dismissed without prejudice.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 2/21/2025

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Barbara Williams – Case No. 1:16-cv-03048
Anthony LoBue – Case No. 1:17-cv-00582
Dennis Findish – Case No. 1:17-cv-01610
Cheryl E. and Edwin J. Falstad – Case No. 1:17-cv-01744
Teresita Cochran – Case No. 1:18-cv-00098
Darin French – Case No. 1:18-cv-00103
Sandra Lou Westphal and Leonard Wyrick – Case No. 1:18-cv-00513
Maria L. Johnson – Case No. 1:17-cv-00608

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Circuit Court's decision in *Sykes v. Cook Inc.,* 72 F.4th 195 (7th Cir. 2023), Plaintiffs in the above-captioned cases acknowledge that, based on review of the evidence, the amount in controversy in these matters do not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction.  *See* 28 U.S.C. § 1332(a).

Accordingly, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction.  Each party shall bear its own fees and costs.